# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        VS                                          CASE NO.  3:04-CR-60-001/LAC

JAMIE VERNELL SPIERS

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_  Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____ Jamie Vernell Spiers  #05831-017 ___ (Payee)
Address:  FCI - Talladega
              PO Box 1000
              Talladega, AL 35160

Receipt Number  B050808DFLN304CR000060

Date of Receipt   6/17/08

Motion: N/A

Explanation: On May 30, 2008 the Clerk's Office received $315.00 from the Treasury Offset Program (TOP).  This paid Mr. Spiers' fine in full, as well as, a $40.00 overpayment.  I have reported this overpayment to TOP and they will refund through their system.  On June 17, 2008 the Clerk's Office received another $40.00 on the May 2008 Bureau of Prisons (BOP) for Mr. Spiers account.  Requesting authorization to refund the $40.00 received on June l7, 2008, as well as, any other payments from BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  _s/Philip Detweiler_
                 Philip Detweiler, Financial Specialist        Date:  June 17, 2008

Referred by: Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 17th day of June, 2008, that the Clerk refund the identified funds to the payee.

APPROVED_____X_____

DENIED_____                                 _s/L.A. Collier_
                                                                     LACEY A. COLLIER
                                                   SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99